**Electronically Filed
Supreme Court
SCWC-17-0000161
27-MAY-2022
10:04 AM
Dkt. 14 ODAC**

SCWC-17-0000161

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ASSOCIATION OF APARTMENT OWNERS OF THE PALM
VILLAS AT MAUNA LANI RESORT,
by and through its Board of Directors,
Respondent/Claimant-Appellee/Cross-Appellee,

vs.

CONSTRX, LTD.,
Petitioner/Respondent-Appellee/Cross-Appellant,

and

KNOX HOVERSLAND ARCHITECTS LTD.,
Petitioner/Respondent-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000161; S.P. NO. 14-1-000564-12)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners' application for writ of certiorari filed

on March 31, 2022, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 27, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

